1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Claudia Ionescu (035312)
E-mail: ionescuc@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
Attorney for Citibank N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jamel Hyatt,

        Plaintiff,

        vs.

TransUnion, LLC; Equifax Information
Service, LLC; First Progress; and Best Buy,

        Defendants.

NO. 3:23-CV-08564-DJH

**DEFENDANT CITIBANK, N.A.'S
ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S
COMPLAINT**

Defendant Citibank, N.A. ("Citibank"), erroneously named as "Best Buy" in this action, by and through undersigned counsel, hereby files its Answer and Affirmative Defenses to Plaintiff Jamel Hyatt's ("Plaintiff") Complaint ("Complaint"), and further states as follows:

## AS TO "INTRODUCTION"

Citibank denies that it acted unlawfully or engaged in any conduct that violated the Fair Credit Reporting Act ("FCRA") or any other statute with respect to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harm alleged by Plaintiff. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties, and as such, the allegations are denied. To the extent any other response is required, denied.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

## AS TO "PRELIMINARY STATEMENT"

1. Citibank admits only that Plaintiff purports to raise causes of action for violations of the FCRA. Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute with regard to Plaintiff. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties, and as such, the allegations are denied. To the extent any other response is required, denied.

2. The allegations in this paragraph pertain exclusively to entities other than Citibank and therefore no response from Citibank is required. To the extent any other response is required, denied.

3. The allegations in this paragraph pertain exclusively to entities other than Citibank and therefore no response from Citibank is required. Additionally, this paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

4. The allegations in this paragraph pertain exclusively to entities other than Citibank and therefore no response from Citibank is required. Additionally, this paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

5. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and as such, any such allegations are denied. To the extent any other response is required, denied.

## AS TO "JURISDICTION"

6. This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied. Citibank further states that Plaintiff's claims are subject to arbitration pursuant to the arbitration agreement contained in the terms and conditions governing Plaintiff's account with Citibank.

7. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and as such, any such allegations are denied.

Additionally, this paragraph sets forth a legal conclusion as to Plaintiff's status as a "consumer" under 15 U.S.C. § 1681a(c) to which no response is required. To the extent any other response is required, denied.

8.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied. Citibank further states that Plaintiff's claims are subject to arbitration pursuant to the arbitration agreement contained in the terms and conditions governing Plaintiff's account with Citibank.

9.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and as such, any such allegations are denied. Additionally, this paragraph sets forth a legal conclusion as to Plaintiff's status as a "consumer" under 15 U.S.C. § 1681a(c) to which no response is required. To the extent any other response is required, denied.

## AS TO "PARTIES"

10.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

11.     Plaintiff's allegation that Equifax Information Services, LLC ("Equifax") is a "consumer reporting agency" as defined by 15 U.S.C. § 1681(a)(f) sets forth a legal conclusion to which no response is required. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties, and as such, the allegations are denied. To the extent any other response is required, denied.

12.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

13.     Plaintiff's allegation that TransUnion, LLC ("TransUnion") is a "consumer

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

reporting agency" as defined by 15 U.S.C. § 1681(a)(f) sets forth a legal conclusion to which no response is required. Plaintiff's allegation that TransUnion is "engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports as defined in 15 U.S.C. § 1681(d)" also sets forth a legal conclusion to which no response is required. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties, and as such, the allegations are denied. To the extent any other response is required, denied.

14.     Citibank admits only that it is the servicer of the Best Buy credit card account opened by Plaintiff. Citibank, erroneously named as "Best Buy," denies the allegations in this paragraph. By way of further answer, Citibank states that it is a national banking association, organized under the laws of the United States, and located in Sioux Falls, South Dakota. To the extent any other response is required, denied.

15.     Plaintiff's allegation that Citibank, erroneously named as "Best Buy," is a "furnisher of information" as the term is used in 15 U.S.C. § 1681s-2 sets forth a legal conclusion to which no response is required. To the extent any other response is required, denied.

16.     Citibank, erroneously named as "Best Buy," denies the allegations in this paragraph.

17.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

18.     Plaintiff's allegation that First Progress is a "furnisher of information" as the term is used in 15 U.S.C. § 1681s-2 sets forth a legal conclusion to which no response is required. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties, and as such, the allegations are denied. To the extent any other response is required, denied.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

19.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

## AS TO "FACTUAL ALLEGATIONS"

20.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

21.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.  By way of further answer, Citibank denies that it furnished account information that was inaccurate or incomplete.

22.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.  By way of further answer, Citibank denies that it furnished account information that was inaccurate or incomplete.

23.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

24.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph concerning Plaintiff's noticing errors on his Equifax consumer report. The remaining allegations of this paragraph pertain to documents that speak for themselves and no response is required.  Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  To the extent any other response is required, denied. By way of further answer, Citibank denies that it furnished account information that was inaccurate or incomplete.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

25.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

26.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph concerning Plaintiff's noticing errors in his re-investigation results. The remaining allegations of this paragraph pertain to documents that speak for themselves and no response is required.  Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. To the extent any other response is required, denied.  By way of further answer, Citibank denies that it furnished account information that was inaccurate or incomplete.

27.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

28.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

29.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

30.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

31.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

32.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

33.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

34.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

35.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

36.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

37.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

38.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

39.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

40.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

41.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, denied.

42.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.

43.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

44.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.

45.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.

46.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.

47.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.

48.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.

### AS TO "COUNT 1 --Violations of the Fair Credit Reporting Act 15 U.S.C. § 1681e(b) (Equifax Information Service, LLC and TransUnion, LLC)"

49.     Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

50.     This paragraph sets forth legal conclusions against Equifax and TransUnion to which no response is required. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. Citibank is further without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the damages allegedly sustained by Plaintiff. To the extent any other response is required, denied.

51.     This paragraph sets forth legal conclusions against Equifax and TransUnion to which no response is required. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

52.     This paragraph sets forth legal conclusions against Equifax and TransUnion to which no response is required. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

53.     This paragraph sets forth legal conclusions against Equifax and TransUnion to which no response is required. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  Citibank is further without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the damages allegedly sustained by Plaintiff. To the extent any other response is required, denied.

54.     Citibank denies that Plaintiff is entitled to any of the relief set out in this paragraph. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such,

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

the allegations are denied. To the extent any other response is required, denied.

## AS TO "COUNT 2 -- Violations of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b)(1)(A) (Defendants First Progress, Best Buy)"

55.     Citibank incorporates by reference all response to the above paragraphs of the Complaint as though fully stated herein.

56.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

57.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

58.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

59.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

60.     Citibank denies that Plaintiff is entitled to any of the relief set out in this paragraph. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

## AS TO "COUNT 3 -- Violations of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b)(1)(B) (Defendants First Progress, Best Buy)"

61.     Citibank incorporates by reference all response to the above paragraphs of the Complaint as though fully stated herein.

62.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

63.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph

are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

64. This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

65. This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

66. This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

67.   Citibank denies that Plaintiff is entitled to any of the relief set out in this paragraph. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

**AS TO "COUNT 4 -- Violations of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b)(1)(c) (Defendants First Progress, Best Buy)"**

68.   Citibank incorporates by reference all response to the above paragraphs of the Complaint as though fully stated herein.

69.   This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

70.   This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

DMFIRM #410242059 v4

13

regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

71.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

72.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

73.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

74.     Citibank denies that Plaintiff is entitled to any of the relief set out in this

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

paragraph. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

## AS TO "COUNT 5-- Violations of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b)(1)(D) (Defendants First Progress, Best Buy)"

75.     Citibank incorporates by reference all response to the above paragraphs of the Complaint as though fully stated herein.

76.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

77.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

78.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

79.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

80.     Citibank denies that Plaintiff is entitled to any of the relief set out in this paragraph. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

**AS TO "COUNT 6-- Violations of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b)(1)(E) (Defendants First Progress, Best Buy)"**

81.     Citibank incorporates by reference all response to the above paragraphs of the Complaint as though fully stated herein.

82.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. To the extent the

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

83.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

84.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies the allegations in this paragraph to the extent they are directed to Citibank. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

85.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

are denied. To the extent any other response is required, denied.

86.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

87.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

88.     Citibank denies that Plaintiff is entitled to any of the relief set out in this paragraph. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

**AS TO "COUNT 7-- Violations of the Fair Credit Reporting Act 15 U.S.C. § 1681i (Defendants Equifax Information Service, LLC, TransUnion, LLC)"**

89.     Citibank incorporates by reference all response to the above paragraphs of the Complaint as though fully stated herein.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

90.     This paragraph sets forth legal conclusions against Equifax and TransUnion to which no response is required. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

91.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

92.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

93.     This paragraph is not directed to Citibank, and therefore, no response is required. To the extent any other response is required, denied.

**AS TO "COUNT 8-- <u>Violations of the Fair Credit Reporting Act 15 U.S.C. § 1681i</u>**
**<u>(Defendants First Progress, Best Buy)"</u>**

94.     Citibank incorporates by reference all response to the above paragraphs of the Complaint as though fully stated herein.

95.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

96.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

97.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

98.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

99.     This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, they are denied. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

100.    This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

101.    This paragraph sets forth legal conclusions to which no response is required. To the extent any other response is required, to the extent the allegations in this paragraph are directed to Citibank, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

102.    Citibank denies that Plaintiff is entitled to any of the relief set out in the un-numbered paragraph following paragraph 101. To the extent the allegations in this paragraph pertain to other parties, Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

## AS TO "PRAYER FOR RELIEF"

Citibank denies all liability whatsoever, denies that Plaintiff is entitled to any

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

damages, costs, fees, or other relief from or against Citibank, and demands judgment in its favor and against Plaintiff, together with such relief, including costs and attorney's fees, as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

1.     Plaintiff's claims are subject to binding arbitration pursuant to the arbitration agreement contained in the terms and provisions governing any credit card account issued by Citibank to Plaintiff. Citibank reserves the right to compel arbitration of the claims contained in the Complaint pursuant to the applicable agreement signed by Plaintiff.

2.     Plaintiff fails to state a claim upon which relief may be granted.

3.     Plaintiff's claims are barred by the doctrine of release and/or waiver.

4.     Plaintiff is barred from relief against Citibank inasmuch as any alleged harm suffered by Plaintiff was not caused in fact or proximately caused by any act or omission of Citibank.

5.     To the extent that Plaintiff has suffered any damages as a result of the matters alleged in the Complaint, Plaintiff has failed to mitigate his damages, if any.

6.     Any and all damages sustained by Plaintiff are the direct result of his own actions or omissions or the acts or omissions of unrelated third parties over which Citibank has no control.

7.     Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, estoppel, laches, acquiescence, and other doctrines of equitable relief.

8.     Citibank has acted in good faith and not willfully, maliciously, recklessly, wantonly, and/or negligently.

9.     Citibank has acted with due care at all times and complied with all applicable laws, regulations, and standards and otherwise acted reasonably.

10.     Citibank has not violated any duty or obligation owed to Plaintiff under common law, statute, any applicable contract, or other authority.

11.     To the extent Plaintiff claims Citibank willfully violated the FCRA, which Citibank denies, any purported violation was not willful because Citibank's interpretation

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

of the FCRA is not objectively unreasonable. *See, e.g., Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47, 70 (2007).

12.     The FCRA does not provide a private right of action for the furnishing of inaccurate information and though framed as investigation claims, Plaintiff's claims are in fact based on the reporting of information.

13.     Plaintiff lacks Article III standing to pursue these claims.

14.     Plaintiff's claims are barred due to an absence of any actual damages. Hence, any statutory damages constitute an excessive fine and violate Citibank's rights under the Due Process and Takings Clause of the United States Constitution and/or applicable state constitutions.

15.     Plaintiff has not sufficiently alleged, and cannot establish, malice, willfulness, or negligence on the part of Citibank.

16.     Plaintiff is not entitled to punitive damages.

17.     To the extent Citibank was required to investigate Plaintiff's purported disputes, Plaintiff failed to provide Citibank with sufficient information to enable it to perform a reasonable investigation of the alleged disputes. *See, e.g., Westra v. Credit Control of Pinellas*, 409 F.3d 825, 827 (7th Cir. 2005).

18.     Citibank is entitled to attorney's fees from Plaintiff pursuant to 15 U.S.C. § 1681n(c) and/or 1681o(b).

19.     Citibank reserves the right to assert additional defenses at such time and to such extent as warranted by discovery and the factual developments of this case.

RESPECTFULLY SUBMITTED this 18th day of December, 2023.

BALLARD SPAHR LLP

By: */s/ Claudia Ionescu*
    Claudia Ionescu
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555
    Attorneys for Citibank N.A.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of December, 2023, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

Further, I caused a copy of this document to be sent via U. S. First Class Mail to the following:

Jamel Hyatt
2950 N. 46th St. Apt. 221
Phoenix, AZ 85018-7717

Jamel Hyatt
P.O. Box 1383
Chinle, AZ 86503

By: /s/ Monica Baca

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400